**KING v. STATE.**

No. 20375.

Court of Criminal Appeals of Texas.
April 19, 1939.

Harvey P. Shead, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

No. 20376.

Court of Criminal Appeals of Texas.
April 19, 1939.

Harvey P. Shead, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**GRAVES, Judge.**

The appellant was convicted of the theft of one head of cattle, his punishment being assessed at three years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception, hence no question is presented for review. All matters of procedure appearing regular, the judgment will be in all things affirmed.